CLAUDE T. HOLLENBECK, Appellant, v. THE ÆTNA
CASUALTY AND SURETY COMPANY OF HARTFORD,
CONNECTICUT, Respondent.

*Former adjudication — dismissal of complaint upon trial of action a bar
to maintenance of new action for same cause.*

*Hollenbeck* v. *Ætna Casualty & Surety Co.*, 215 App. Div. 609,
affirmed.

(Argued May 14, 1926; decided June 1, 1926.)

APPEAL from a judgment, entered March 5, 1926, upon
an order of the Appellate Division of the Supreme Court
in the third judicial department, reversing a judgment in
favor of plaintiff entered upon a verdict and directing a
dismissal of the complaint. The action was to recover
upon a policy of burglary insurance. Upon trial of a
former action for the same liability under the same policy
the complaint had been dismissed and the judgment
entered failed to state that the dismissal was without
prejudice. Plaintiff neither appealed nor moved to
correct the judgment but brought a new action. The
Appellate Division held that the judgment dismissing
the complaint in the first action was a bar to the main-
tenance of this.

*Henry J. Crawford* for appellant.
*Andrew J. Nellis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

SCHENECTADY HOLDING COMPANY, INC., Respondent, v.
EDWARD B. ASHTON, Appellant, Impleaded with
Another.

*Appeal — motion to dismiss denied.*

(Reported below, 215 App. Div. 857.)

(Submitted May 24, 1926; decided June 1, 1926.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the third
judicial department, entered January 27, 1926, modifying

and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury.

The motion was made upon the grounds that the Appellate Division unanimously decided that the findings of fact are sustained by the evidence and that the exceptions are frivolous.

*Walter A. Fullerton* for motion.

*Thomas B. Kattell* opposed.

Motion denied, with ten dollars costs.

---

ROBERT D. JOHNSTON, as Surviving Partner of the Firm of JAMES RISK et al., Respondent, *v.* COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant.

(Submitted May 24, 1926; decided June 1, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 242 N. Y. 381.)

---

103 PARK AVENUE COMPANY, Appellant, *v.* EXCHANGE BUFFET CORPORATION, Appellant, and THE CITY OF NEW YORK et al., Respondents.

(Submitted May 24, 1926; decided June 1, 1926.)

MOTION to amend remittitur. (See 242 N. Y. 366.)

Motion granted. Recall of remittitur requested and when recalled the same will be amended by inserting therein a recital that upon the argument of the appeal in this court the plaintiff made the point that the statute, chapter 786 of the laws of New York, enacted in 1920, deprives the plaintiff of his property without due process of law and impairs the obligation of contract in violation of the provisions of the Constitution of the United States, and that said point was determined adversely to the plaintiff.